# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RENEE E. MAZER,            :    No. 128 MM 2015

         Petitioner

           v.

FREDERIC D. FOX,

         Respondent

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of October, 2015, the Application for Extraordinary Relief is **DENIED**.